UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STANLEY KING,

                Petitioner,

  -against-

WILLIAM E. PHILLIPS, Acting
Superintendent, Green Haven
Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 4183 (CBA)

     A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 2, 2005, denying petitioner's application for a writ habeas corpus; and ordering that a Certificate of Appealability will not issue, it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's application for a writ of habeas corpus; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       May 02, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court